UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| FREDERIC PAUL SMITH, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No. CV 16-126-BLG-SPW |
| vs. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

Dated this 2nd day of December, 2016.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ T. Gesh
                                       T. Gesh, Deputy Clerk